AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgenstern-Clarren, Pat E. | U.S. Bankruptcy Ct., N.D., Oh. | 5/23/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>04/30/2017 |

**7. Chambers or Office Address**

Howard Metzenbaum US Ct. House
201 Superior Avenue East
Cleveland, Ohio 44114

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | University Hospitals Health Agent for University Primary Care Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA): | | | | | | | | | |
| 2. -Putnam Premier 1 Tr. | A | Dividend | J | T | | | | | |
| 3. -Entergy Corp Common Stock | A | Dividend | J | T | | | | | |
| 4. -Bank of America, NA | A | Interest | M | T | | | | | |
| 5. -Hewlett Packard Enterprise Co. | A | Dividend | K | T | | | | | |
| 6. -Texas Instruments, Inc. Common Stock | B | Dividend | M | T | | | | | |
| 7. -Apple Computer Inc. Common Stock | B | Dividend | N | T | | | | | |
| 8. -KLA Tencor Corp. PV | A | Dividend | K | T | | | | | |
| 9. -Colgate Palmolive Stock | A | Dividend | M | T | | | | | |
| 10. -Agilent Technologies Inc. | A | Dividend | J | T | | | | | |
| 11. -Intl Paper Co. | A | Dividend | J | T | | | | | |
| 12. -Maxim Integrated Prods. | A | Dividend | K | T | | | | | |
| 13. -Stratasys Ltd. | | None | J | T | | | | | |
| 14. -Keysight Technologies Inc. | | None | J | T | | | | | |
| 15. -HP Inc. | A | Dividend | K | T | | | | | |
| 16. -CD Wells Fargo Bank NA | A | Interest | K | T | | | | | |
| 17. -CD Comenity Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Proshares S&P 500 | B | Dividend | M | T | Buy (add'l) | 01/12/17 | J | | |
| 19. -DXC Technology Co | | None | J | T | Buy | 04/06/17 | J | | |
| 20. Merrill Lynch Brokerage Account (H): | | | | | | | | | |
| 21. -ML Bank Deposit Program | | None | J | T | | | | | |
| 22. -Entergy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. University Suburban Real Estate - Note Receivable | B | Interest | L | T | | | | | |
| 24. Huntington National Bank - Various Accounts | A | Interest | K | T | | | | | |
| 25. Huntington National Bank Money Market Account | A | Interest | M | T | | | | | |
| 26. Vanguard (IRA) (H): | | | | | | | | | |
| 27. -Vanguard Balanced Index Fund Adm | E | Dividend | O | T | | | | | |
| 28. -Vanguard High Dividend Yld Idx Inv | E | Dividend | O | T | | | | | |
| 29. Fidelity (401K)(H): | | | | | | | | | |
| 30. -Vanguard Target Ret 2015 | | None | N | T | | | | | |
| 31. Lincoln National: Universal Life (no control) | A | Interest | L | T | | | | | |
| 32. Charles Schwab Institutional (IRA)(H): | | | | | | | | | |
| 33. -Schwab Adv Cash Reserve | A | Interest | J | T | | | | | |
| 34. -Avenue Credit Strategies Inst | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Avenue Credit Strategies Inv | A | Dividend | J | T | | | | | |
| 36.   -Cohen & Steers Preferred SEC and INCM A | A | Dividend | J | T | | | | | |
| 37.   -T Rowe Price Inst Floating Rate FD | A | Dividend | J | T | | | | | |
| 38.   -Templeton Global Bond Fund Adv CL | A | Dividend | J | T | | | | | |
| 39.   -Templeton Global Bond Fund CL A | A | Dividend | J | T | | | | | |
| 40.   -Absolute Credit Oppty FD | | None | J | T | | | | | |
| 41.   -AMG Managers Lake Partners Lasso Alt N | | None | J | T | | | | | |
| 42.   -AMG Managers Lake Partners Lasso Alt I | | None | K | T | | | | | |
| 43.   -Center Coast MLP Focus FD A | A | Dividend | J | T | | | | | |
| 44.   -Mainstay Cushing MLP Premier FD CL A | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 45.   -DFA Emerging Mkts Core Eqty Port Instl | A | Dividend | K | T | | | | | |
| 46.   -DFA Intl Core Eqty Port Instl | A | Dividend | K | T | | | | | |
| 47.   -Salient EM Infrastructure Instl | A | Dividend | J | T | | | | | |
| 48.   -FPA Crescent Fund Inst CL Shares | | None | K | T | | | | | |
| 49.   -Hatteras Alpha Hedged Strategies A | | None | J | T | | | | | |
| 50.   -IVA Worldwide FD CL A | | None | J | T | | | | | |
| 51.   -IVA Worldwide FD CL I | | None | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Steelpath MLP Alpha Y | A | Dividend | J | T | | | | | |
| 53. -PIMCO All Asset All Authority CL D | A | Dividend | J | T | | | | | |
| 54. -PIMCO All Asset All Authority CL Inst | A | Dividend | K | T | | | | | |
| 55. -Victory Global Natural Resources FD Y | | None | K | T | | | | | |
| 56. -Schwab Fundamental Emer Mkt Large Co Index | | None | J | T | | | | | |
| 57. -Schwab Fundamental Intl Large Co Index | | None | J | T | | | | | |
| 58. -Wells Fargo Absolute Return Admin | | None | K | T | Sold (part) | 04/21/17 | J | | |
| 59. -IShares Gold ETF | | None | J | T | | | | | |
| 60. -IShares Silver Trust ETF | | None | J | T | | | | | |
| 61. -Weyerhaeuser Co REIT | A | Dividend | J | T | | | | | |
| 62. -Powershares Water Resc Portfolio ETF | | None | J | T | | | | | |
| 63. -Wisdomtree Emerging Markets ETF | | None | J | T | | | | | |
| 64. -Cohen & Steers Preferred SEC and INCM I | A | Dividend | J | T | | | | | |
| 65. -Loomis Sayles Core Plus Bond Fund CL A | A | Dividend | J | T | | | | | |
| 66. -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |
| 67. -Alps Red Rocks Listed Private Eqty FD CL A | | None | J | T | | | | | |
| 68. -PIMCO Incm CL D | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIMCO Incm INST CL | A | Dividend | J | T | | | | | |
| 70. -Wisdomtree US QLT DIV GRW ETF IV | A | Dividend | K | T | | | | | |
| 71. -AQR Style Premia Alt FD CL I | | None | J | T | | | | | |
| 72. -Loomis Sayles Core Plus Bond Fund Cl Y | A | Dividend | J | T | | | | | |
| 73. -Schwab Intl Index Fund | | None | J | T | | | | | |
| 74. -AQR Style Premia Alt FD CL N | | None | J | T | | | | | |
| 75. -DFA Intl Real Estate Securities Port Instl | | None | J | T | | | | | |
| 76. -Vanguard Glbal Ex US Real Estate ETF IV | | None | J | T | | | | | |
| 77. -Salient EM Infrastructure A | A | Dividend | J | T | | | | | |
| 78. -DFA World Core Eqty Inst | A | Dividend | K | T | | | | | |
| 79. -Schwab Total Stock Mkt Index | | None | J | T | | | | | |
| 80. -Schwab US Broad Market ETF | A | Dividend | K | T | | | | | |
| 81. Vanguard (H): | | | | | | | | | |
| 82. -Vanguard Balanced Index Fund Adm | C | Dividend | M | T | | | | | |
| 83. -Vanguard High Dividend Yld Idx Inv | C | Dividend | M | T | | | | | |
| 84. Connexus Credit Union | A | Interest | M | T | | | | | |
| 85. Banco Popular NA | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Silvergate Bank | A | Interest | M | T | | | | | |
| 87. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgenstern-Clarren, Pat E. | 5/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: As of May 1, 2017, Pat E. Morgenstern-Clarren is retired. This report is final.

Note 2: To Part VII, #18, the asset listed here as "Proshares S&P 500" had a forward 2:1 split on January 12, 2017.

Note 3: To Part VII, #19, the asset listed here as "DXC Technology Co" was paid for by Hewlett Packard on April 6, 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pat E. Morgenstern-Clarren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544